# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

REGINA ALONSO,

    Plaintiff,

    v.

GOOGLE LLC, YOUTUBE LLC, JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"

    Defendants.

CASE NO.: 5:23-CV-00091

## PLAINTIFFS' DESIGNATION OF LEAD COUNSEL

Plaintiff, REGINA ALONSO, through undersigned counsel, pursuant to Local Rule 2.02(a) hereby designates Attorney Lisa D. Haba as lead counsel for Plaintiff.

DATED: February 8, 2023

/s/ Lisa D. Haba
Lisa D. Haba (FBN 077535)
**THE HABA LAW FIRM, P.A.**
1220 Commerce Park Dr., Suite 207
Longwood, FL 32779
Telephone: (844) 422-2529
lisahaba@habalaw.com

/s/ Jennifer Freeman
Jennifer Freeman (FBN 1014236)
Margaret E. Mabie (*Pro Hac Vice**)
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th Floor
New York, New York 10001
Telephone: (929) 232-3128
jenniferfreeman@marsh.law
margaretmabie@marsh.law

*Pro Hac Vice Pending*