UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

REGINA ALONSO,

      Plaintiff,

v.                                                                                  Case No. 5:23-cv-91-JA-PRL

GOOGLE LLC, YOUTUBE LLC,
JAMES JACKSON and LUCAS
JACKSON,

      Defendants.

## INITIAL ORDER

For a just and efficient resolution of this case, the parties are **DIRECTED** to read and comply with the Middle District of Florida's Local Rules. *See* Local Rule 1.01(a). While not exhaustive, this Order establishes deadlines for filings required at the initial stages of this action.

To assist the Court in identifying matters that might require consideration of recusal, within **fourteen days** from the date of this Order or, if a party joins this action subsequent to the entry of this Order, from the date of a party's first appearance, each party, *pro se* party, governmental party, intervenor, non-party movant, and Rule 69 garnishee is **DIRECTED** to file and

serve a Disclosure Statement in substantially the form attached.[1] *See* Local Rule 3.03.  Each party has a continuing obligation to file and serve an amended statement within **fourteen days** of discovering any ground for amendment, conflict of interest, recusal, or disqualification of the judicial officer.  *See id.*

The parties have a continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in this district or elsewhere.  If the instant action should be designated as a successive or other related action pursuant to Local Rule 1.07, counsel and any *pro se* party shall file and serve a notice to that effect no later than **fourteen days** from the date of this Order.  The parties shall use the attached form titled *Notice of a Related Action*.  No notice need be filed if there are no related actions as defined by the rule.

The parties are **DIRECTED** to consult Local Rule 3.02 to determine whether this action requires a case management conference and case management report (CMR) or if it instead falls under one of the exceptions listed in Local Rule 3.02(d).  If a CMR is required, the parties shall use the CMR form on the Court's website, www.flmd.uscourts.gov.  The parties must conduct the meeting to prepare the CMR in person, by telephone, or by comparable means and file the CMR in compliance with Local Rule 3.02(b).  If

---

[1] No party may seek discovery from any source before filing and serving the required Disclosure Statement.  A motion, memorandum, response, or other paper (including an emergency motion) may be denied or stricken unless the filing party has previously filed and served a Disclosure Statement.

2

the parties fail to identify a mediator in their CMR, the Court will appoint one in the Case Management and Scheduling Order.

Upon consent of all parties, a United States Magistrate Judge is available pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73 to conduct all further proceedings in this case. Consent forms are attached to this order. A party is free to withhold consent without adverse substantive consequences. *See* 28 U.S.C. § 636(c)(2); Fed. R. Civ. P. 73(b)(2).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 8, 2023.

JOHN ANTOON II
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

REGINA ALONSO,

    Plaintiff,

v.                                                                                    Case No. 5:23-cv-91-JA-PRL

GOOGLE LLC, YOUTUBE LLC,
JAMES JACKSON and LUCAS
JACKSON,

    Defendants.

_____

DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

    Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, enter name of filing party/intervenor, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[2]]

---

[2] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be.  See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

6. Identify each person arguably eligible for restitution:

☐   I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

_____
Add name of party or counsel
If counsel, add name of client
Add date of signature

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**REGINA ALONSO,**

      **Plaintiff,**

v.                                    Case No. 5:23-cv-91-JA-PRL

**GOOGLE LLC, YOUTUBE LLC, JAMES JACKSON and LUCAS JACKSON,**

      **Defendants.**

NOTICE OF A RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action is related to the following pending or closed civil or criminal case(s) previously filed in this Court or any other Federal or State court or administrative agency:

_____
_____
_____
_____

I further certify that I will serve a copy of this Notice of a Related Action upon each party no later than fourteen days after appearance of the party.

Dated:

_____
Counsel of Record or *Pro Se* Party
  [Address and Telephone]

AO 85 (Rev. 01/09)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

UNITED STATES DISTRICT COURT
for the
Middle District of Florida

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    6 |
| _____ | ) | |
| *Defendants* | ) | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____                                                      _____
                                                                                                                *District Judge's signature*

                                                                                                            _____
                                                                                                                *Printed name and title*

Note:    Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

AO 85A  (Rev. 01/09) Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge

UNITED STATES DISTRICT COURT
for the
Middle District of Florida

|  |  |
|---|---|
| _____<br>*Plaintiff*<br>v.<br>_____<br>*Defendants* | )<br>)<br>)   Civil Action No.<br>)<br>) |

**NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.*  The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below *(identify each motion by document number and title).*

**Motions:** _____

_____

_____

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Reference Order**

**IT IS ORDERED:** The motions are referred to a United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note:  Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.