UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

REGINA ALONSO,

    Plaintiff,

v.

GOOGLE LLC, YOUTUBE LLC, JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"

    Defendants.

CASE NO.: 5:23-CV-00091-JA-PRL

## DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

    Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Plaintiff makes the following disclosure(s):

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

    Not applicable, as Plaintiff is an individual.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.2]

    Plaintiff is a resident of the State of Florida.

    James Jackson is a resident of the State of Washington.

    Lucas Jackson is a resident of the State of Washington.

YouTube LLC is a Delaware limited liability company and is headquartered in Mountain View, California. YouTube LLC is a subsidiary of Google LLC.

Google LLC is a Delaware limited liability company and is headquartered in Mountain View, California. Google is a subsidiary of XXVI Holdings Inc. XXVI Holdings Inc. is a Delaware Corporation. XXVI Holdings Inc. is a subsidiary of Alphabet Inc. Alphabet Inc. is a publicly traded Delaware company and is headquartered in Mountain View, California. No publicly traded company holds more than 10% of Alphabet Inc.'s stock.

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

Regina Alonso, Plaintiff

Lisa D. Haba, attorney representing Plaintiff

The Haba Law Firm, P.A., law firm representing Plaintiff

Margaret Mabie, attorney representing Plaintiff

Jennifer Freeman, attorney representing Plaintiff

Marsh Law Firm PLLC, law firm representing Plaintiff

James Jackson (also known as "Onision"), Defendant

Nesiamotu, Inc. is the corporation that owns the trademark "Onision" and James Jackson is one of the officers.

Lucas Jackson (also known as "Laineybot," "Lainey," or "Kai"), Defendant

YouTube LLC, Defendant

Google LLC, Defendant and parent company of YouTube LLC

XXVI Holdings Inc., parent holding company of Google LLC

2

    Alphabet Inc., parent corporation of XXVI Holdings Inc.

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome.

    Alphabet Inc. has publicly traded shares.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    Nesiamotu, Inc.
    Alphabet Inc.
    XXVI Holdings Inc.

6. Identify each person arguably eligible for restitution:

    Plaintiff, Regina Alonso

I CERTIFY that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

DATED: February 11, 2023

*/s/ Lisa D. Haba*
Lisa D. Haba (FBN 077535)
**THE HABA LAW FIRM, P.A.**
1220 Commerce Park Dr., Suite 207
Longwood, FL 32779
Telephone: (844) 422-2529
lisahaba@habalaw.com

*/s/ Jennifer Freeman*
Jennifer Freeman (FBN 1014236)
Margaret E. Mabie (*PHV Pending*)
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th Floor
New York, New York 10001
Telephone: (929) 232-3128
jenniferfreeman@marsh.law
margaretmabie@marsh.law

*Attorneys for Plaintiff*