United States District Court
Middle District of Florida
Ocala Division

REGINA ALONSO

    *Plaintiff,*

v.                                             No. 5:23-cv-00091-JA-PRL

GOOGLE LLC, YOUTUBE LLC,
JAMES JACKSON, also known online as
"ONISION," and LUCAS JACKSON,
formerly known online as
"LAINEYBOT," "LAINEY" and "KAI,"

    *Defendants.*

---

## Motion for Special Admission

Margaret E. Mabie, Esquire, moves for special admission to represent plaintiff in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, New York State.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

M.H. et al. v. Omegle.com LLC, Case no. 8:21-cv-00814-VMC-TGW.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

*Margaret E Mabie*

## Local Rule 3.01(g) Certification

To date, opposing counsel has not entered their appearance in this case, so opposition to my special admission has not been discussed.