# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 5:23-CV-00091-JA-PRL

Plaintiff:
**REGINA ALONSO**

vs.

Defendant:
**GOOGLE LLC, YOUTUBE LLC, JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"**

For:
Lisa Haba
The Haba Law Firm, P.A.
1220 Commerce Park Drive
Suite 207
Longwood, FL 32779

Received by L & L PROCESS on the 14th day of February, 2023 at 10:28 am to be served on **GOOGLE, LLC C/O CORPORATION SERVICE COMPANY, 1201 HAYS ST, TALLAHASSEE, FL 32301**.

I, MICHAEL C. NOLAN, do hereby affirm that on the **15th day of February, 2023** at **9:40 am**, I:

**CORPORATE / LLC:** served by delivering a true copy of the **Summons in a Civil Action, Complaint, and Initial Order** with the date and hour of service endorsed thereon by me, to: **CIERRA YOUNG** as **AUTHORIZED REPRESENTATIVE** for the Registered Agent of GOOGLE, LLC C/O CORPORATION SERVICE COMPANY at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 25+, Sex: F, Race/Skin Color: BLACK, Height: 5'5", Weight: 135, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

MICHAEL C. NOLAN
Certified Process Server, #111

L & L PROCESS
13876 S.W. 56 STREET
SUITE 200
MIAMI, FL 33175-6021
(305) 772-8804

Our Job Serial Number: LLP-2023000497
Ref: 2023000497

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k

Case 5:23-cv-00091-JA-PRL   Document 7   Filed 02/09/23   Page 1 of 8 PageID 70

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

Date: 2/15/2023   Time: 9:40a

MCN #111 is a certified process server in the Circuit and County Courts in and for the Second Judicial Circuit

Regina Alonso

*Plaintiff(s)*

v.

Google LLC, YouTube LLC, James Jackson, also known online as "Onision," and Lucas Jackson, formerly known online as "Laineybot," "Lainey" and "Kai"

*Defendant(s)*

Civil Action No. 5:23-cv-91-JA-PRL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Google LLC
C/O Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Lisa D. Haba
The Haba Law Firm, P.A.
1220 Commerce Park Drive
Suite 207
Longwood, FL 32779

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ELIZABETH M. WARREN
*CLERK OF COURT*

Date: February 9, 2023

*Signature of Clerk or Deputy Clerk*