# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Ocala Division

| | |
|---|---|
| REGINA ALONSO,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE LLC, YOUTUBE LLC;<br>JAMES JACKSON, also known online as<br>"ONISION," and LUCAS JACKSON,<br>Formerly known online as<br>"LAINEYBOT," "LAINEY" and "KAI,"<br><br>  Defendants. | Case No.: 5:23-cv-00091-JA-PRL |

## NOTICE OF APPEARANCE ON
## BEHALF OF GOOGLE LLC AND YOUTUBE, LLC

PLEASE TAKE NOTICE that Nathan M. Berman, and the law firm of Zuckerman Spaeder LLP, file this Notice of Appearance as counsel for defendants Google LLC and YouTube, LLC in the above-styled cause.

Undersigned counsel request that a copy of all pleadings and notices in the above-styled cause be sent to Nathan M. Berman at nberman@zuckerman.com and vcartagena@zuckerman.com, Zuckerman Spaeder LLP, 101 East Kennedy Boulevard, Suite 1200, Tampa, Florida 33602.

8701975.1

Dated: March 7, 2023          Respectfully submitted,

*/s/ Nathan M. Berman*
Nathan M. Berman
FBN: 0329230
nberman@zuckerman.com
Zuckerman Spaeder LLP
101 E. Kennedy Blvd., Suite 1200
Tampa, Florida 33602
813-221-1010
813-223-7961 (Fax)

*Attorneys for Defendants Google LLC and YouTube, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 7, 2023, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

*/s/ Nathan M. Berman*
Nathan M. Berman

8701975.1