UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Ocala Division

REGINA ALONSO,

  Plaintiff,

v.

GOOGLE LLC, YOUTUBE LLC;
JAMES JACKSON, also known online as
"ONISION," and LUCAS JACKSON,
Formerly known online as
"LAINEYBOT," "LAINEY" and "KAI,"

  Defendants.

Case No.: 5:23-cv-00091-JA-PRL

### GOOGLE LLC AND YOUTUBE, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants Google LLC and YouTube, LLC (together "Defendants") respectfully move for an unopposed extension of time until Monday, May 8, 2023, to file a response to Plaintiff's Complaint. In support of this unopposed motion, Defendants state:

1. Plaintiff filed her Complaint on February 9, 2023.

2. The Defendants were served with the Complaint on February 15, 2023.

3. Absent an extension of time, Defendants' response to the Complaint is due Wednesday, March 8, 2023.

4. Defendants request an extension up to, and including Monday, May 8,

8701975.1

2023, to respond to the Complaint. The requested extension will permit counsel the time needed to adequately analyze the issues presented in the Complaint and determine how to appropriately respond.

5. This is Defendants' first motion to extend their deadline to respond to the Complaint.

6. This request is made in good faith and not for purposes of delay, and will not prejudice any party.

7. Plaintiff's counsel does not oppose the relief requested in this motion.

## MEMORANDUM OF LAW

Rule 6(b) of the Federal Rules of Civil Procedure provides:

> When by . . . order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion . . . with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order . . .

Accordingly, Defendants respectfully request this Court exercise its discretion and extend the deadline to respond to the Complaint until Monday, May 8, 2023.

## Local Rule 3.01(g) Certificate

The undersigned attorney hereby certifies that prior to filing this motion, counsel for Defendants conferred with counsel for Plaintiff and, pursuant to Local

Rule 3.01(g), has been authorized to state that counsel for Plaintiff has no objection thereto.

WHEREFORE, Defendants respectfully requests that this Court enter an Order granting this motion and extending the deadline to respond to the Complaint until Monday, May 8, 2023.

Dated: March 7, 2023              Respectfully submitted,

/s/ Nathan M. Berman
Nathan M. Berman
FBN: 0329230
nberman@zuckerman.com
Zuckerman Spaeder LLP
101 E. Kennedy Blvd., Suite 1200
Tampa, Florida 33602
813-221-1010
813-223-7961 (Fax)

*Attorneys for Defendants Google LLC and YouTube, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 7, 2023, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

/s/ Nathan M. Berman
Nathan M. Berman

8701975.1