UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**REGINA ALONSO,**

    **Plaintiff,**

v.                                          Case No: 5:23-cv-91-JA-PRL

**GOOGLE LLC, YOUTUBE LLC,
JAMES JACKSON and LUCAS
JACKSON,**

    **Defendants.**

## ORDER

The motion to appear *pro hac vice* of Margaret E. Mabie, Esq. (Doc. 9), is **GRANTED**, provided counsel **shall register for and use the electronic filing system** as adopted by the Court. After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF."

**DONE** and **ORDERED** in Ocala, Florida on March 7, 2023.

*[signature]*

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties