# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

REGINA ALONSO,

    Plaintiff,

v.                                        Case No. 5:23-cv-91-JA-PRL

GOOGLE LLC, YOUTUBE LLC,
JAMES JACKSON and LUCAS
JACKSON,

    Defendants.
_____

## ORDER

The Unopposed Motion for Extension of Time to Respond (Doc. 14) filed by Defendants Google LLC and Youtube LLC is **GRANTED**. Google and Youtube shall respond to the Complaint **on or before Monday, May 8, 2023**.

**DONE** and **ORDERED** in Orlando, Florida, on March 7, 2023.

                                                  JOHN ANTOON II
                                                  United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties