## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### OCALA DIVISION

**REGINA ALONSO,**

      **Plaintiff,**

v.                                                   **Case No. 5:23-cv-91-JA-PRL**

**GOOGLE LLC, YOUTUBE LLC,
JAMES JACKSON and LUCAS
JACKSON,**

      **Defendants.**

### ORDER REQUIRING DISCLOSURE STATEMENT

To assist the Court in identifying matters that might require consideration of recusal, it is **ORDERED** that **within fourteen days** from the date of this Order (or from the date of subsequent first appearance in this action), DEFENDANTS GOOGLE LLC and YOUTUBE LLC shall file and serve a Disclosure Statement in substantially the form attached. *See* Local Rule 3.03. Each party has a continuing obligation to file and serve an amended statement within **fourteen days** of discovering any ground for amendment, conflict of interest, recusal, or disqualification of the judicial officer. *See id.*

It is **FURTHER ORDERED** that no party may seek discovery from any source before filing and serving the required Disclosure Statement. A motion, memorandum, response, or other paper (including an emergency motion) may be denied or stricken unless the filing party has previously filed and served a Disclosure Statement.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 8, 2023.

JOHN ANTOON II
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**REGINA ALONSO,**

        **Plaintiff,**

v.                                            Case No. 5:23-cv-91-JA-PRL

**GOOGLE LLC, YOUTUBE LLC,
JAMES JACKSON and LUCAS
JACKSON,**

        **Defendants.**

_____

### DISCLOSURE STATEMENT PURSUANT TO
### FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, enter name of filing party/intervenor, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be.  See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

6. Identify each person arguably eligible for restitution:

☐   I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Add name of party or counsel  
If counsel, add name of client  
Add date of signature