# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Ocala Division

REGINA ALONSO,

   Plaintiff,

v.

GOOGLE LLC, YOUTUBE LLC;
JAMES JACKSON, also known online as
"ONISION," and LUCAS JACKSON,
Formerly known online as
"LAINEYBOT," "LAINEY" and "KAI,"

   Defendants.

Case No.: 5:23-cv-00091-JA-PRL

## DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

    Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendants Google LLC and YouTube, LLC, make the following disclosures:

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

    Google LLC is a subsidiary of XXVI Holdings, Inc., which is a subsidiary of Alphabet Inc., a publicly traded company. No publicly traded company holds more than 10% of Alphabet Inc.'s stock.

    YouTube, LLC is a subsidiary of Google LLC, which is a subsidiary of XXVI Holdings, Inc., which is a subsidiary of Alphabet Inc., a publicly traded company. No publicly traded company holds more than 10% of Alphabet Inc.'s stock.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity].

   a. Google LLC is a Delaware limited liability company with a principal place of business located in Mountain View, California. Google LLC is wholly-owned by XXVI Holdings, Inc., which is incorporated in Delaware with a principal place of business in Mountain View, California. Google LLC is therefore a citizen of Delaware and California for diversity purposes under 28 U.S.C. § 1332(a).

   b. YouTube, LLC is a Delaware limited liability company with a principal place of business located in San Bruno, California. YouTube, LLC is wholly-owned by Google LLC. YouTube, LLC is therefore a citizen of Delaware and California for diversity purposes under 28 U.S.C. § 1332(a).

   c. Plaintiff Regina Alonso alleges she is a citizen of Florida.

   d. Plaintiff alleges Defendant James Jackson is a citizen of Washington.

   e. Plaintiff alleges Defendant Lucas Jackson is a citizen of Washington.

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   a. Alphabet Inc., a publicly traded company (NASDAQ: GOOG, GOOGL), and Holding Company of XXVI Holdings Inc.

   b. XXVI Holdings Inc., Holding Company of Defendant Google LLC

   c. Google LLC, Defendant

   d. YouTube, LLC, Defendant

      e. Zuckerman Spaeder, LLP

      f. Nathan M. Berman

      g. Wilson Sonsini Goodrich & Rosati, P.C.

      h. Brian M. Willen

      i. Amit Gressel

      j. Regina Alonso, Plaintiff

      k. The Haba Law Firm, P.A.

      l. Lisa D. Haba

      m. Marsh Law Firm PLLC

      n. Margaret Mabie

      o. Jennifer Freeman

      p. James Jackson, Defendant

      q. Lucas Jackson, Defendant

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    Alphabet, Inc., a publicly traded company (NASDAQ: GOOG, GOOGL).

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    None to Defendant's knowledge at this time.

6. Identify each person arguably eligible for restitution:

    Plaintiff Regina Alonso alleges she is entitled to an award of damages, among other relief.

    I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge or the magistrate judge in

this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: March 8, 2023   Respectfully submitted,

*/s/ Nathan M. Berman*
Nathan M. Berman
FBN: 0329230
nberman@zuckerman.com
Zuckerman Spaeder LLP
101 E. Kennedy Blvd., Suite 1200
Tampa, Florida 33602
813-221-1010
813-223-7961 (Fax)

*Attorneys for Defendants Google LLC and YouTube, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 8, 2023, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

*/s/ Nathan M. Berman*
Nathan M. Berman

8701975.1