# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Ocala Division

REGINA ALONSO,

  Plaintiff,

v.

GOOGLE LLC, YOUTUBE LLC;
JAMES JACKSON, also known online as
"ONISION," and LUCAS JACKSON,
Formerly known online as
"LAINEYBOT," "LAINEY" and "KAI,"

  Defendants.

Case No.: 5:23-cv-00091-JA-PRL

## JOINT MOTION TO MODIFY BRIEFING SCHEDULE

Plaintiff Regina Alonso and Defendants Google LLC and YouTube, LLC (together "Defendants") jointly move for a modification of the briefing schedule for Defendants' motion to dismiss the Plaintiff's Complaint. In support of this motion, the parties state:

1. Plaintiff filed her Complaint on February 9, 2023.

2. The Defendants were served with the Complaint on February 15, 2023.

3. Defendants' response to the Complaint is currently due May 8, 2023.

4. Defendants request a brief extension up to, and including Monday, May 15, 2023, to respond to the Complaint. The requested extension will permit counsel

8722088.1

the time needed to finish adequately analyze the issues presented in the Complaint and prepare the motion to dismiss.

5. Plaintiff requests an extension up to and including Friday, July 7, 2023, to respond to Defendants' motion to dismiss. The requested extension will permit counsel sufficient time analyze and respond to the motion to dismiss.

6. This request is made in good faith and not for purposes of delay, and will not prejudice any party.

## MEMORANDUM OF LAW

Rule 6(b) of the Federal Rules of Civil Procedure provides:

> When by . . . order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion . . . with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order . . .

WHEREFORE, the parties respectfully request that this Court enter an Order extending Defendants' deadline to respond to the Complaint until Monday, May 15, 2023, and extending Plaintiff's deadline to respond to Defendants' motion to dismiss until Friday, July 7, 2023.

8722088.1

| | |
|---|---|
| Dated: March 29, 2023 | Respectfully submitted, |
| /s/ Nathan M. Berman<br>Nathan M. Berman<br>FBN: 0329230<br>nberman@zuckerman.com<br>Zuckerman Spaeder LLP<br>101 E. Kennedy Blvd., Suite 1200<br>Tampa, Florida 33602<br>813-221-1010<br>813-223-7961 (Fax)<br><br>**Attorneys for Defendants Google LLC and YouTube, LLC** | Lisa D. Haba (FBN 077535)<br>THE HABA LAW FIRM, P.A.<br>1220 Commerce Park Dr., Suite 207<br>Longwood, FL  32779<br>Telephone: (844) 422-2529<br>Lisahaba@habalaw.com<br><br>/s/ Margaret E. Mabie<br>Jennifer Freeman (FBN 1014236)<br>Margaret E. Mabie (Admitted Pro Hac Vice )<br>MARSH LAW FIRM PLLC<br>31 Hudson Yards, 11th Floor<br>New York, New York 10001<br>Telephone: (929) 232-3128<br>Jenniferfreeman@marsh.law<br>Margaretmabie@marsh.law<br><br>**Attorneys for Plaintiff** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 29, 2023, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

/s/ Nathan M. Berman
Nathan M. Berman

8722088.1