UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

REGINA ALONSO,   CASE NO. 5:23-cv-00091-JA-PRL

    Plaintiff,

v.

GOOGLE LLC, YOUTUBE LLC,
JAMES JACKSON, also known online as
"ONISION," and LUCAS JACKSON,
formerly known online as "LAINEYBOT,"
"LAINEY" and "KAI,"

    Defendants.
_____/

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS, JAMES JACKSON AND LUCAS JACKSON

YOU ARE HEREBY NOTIFIED that Steven H. Meyer, Esq. of Steven H. Meyer, P.A., hereby enters his appearance as counsel for Defendants, JAMES JACKSON and LUCAS JACKSON, and designates the following email addresses for service of all documents required to be served in this proceeding:

    Primary E-Mail Address:    steven@thefirm.legal
    Secondary E-Mail Address:    ross@professionalparas.com

**[Signature on the Following Page]**

1

## **CERTIFICATION OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by electronic filing, which automatically serves a copy by email, to all counsel of record.

> Steven H. Meyer, P.A.
> 401 West Fairbanks Avenue
> Suite 100
> Winter Park, FL 32789
> Tel. (407) 289-0803
> Fax (407) 539-2978
> *Attorneys for Defendants*

Dated: March 30, 2023         By: /s/ Steven H. Meyer
                                  Steven H. Meyer
                                  Florida Bar No. 128562
                                  steven@thefirm.legal