UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

REGINA ALONSO,   CASE NO. 5:23-cv-00091-JA-PRL

    Plaintiff,

v.

GOOGLE LLC, YOUTUBE LLC,
JAMES JACKSON, also known online as
"ONISION," and LUCAS JACKSON,
formerly known online as "LAINEYBOT,"
"LAINEY" and "KAI,"

    Defendants.
_____/

## DEFENDANTS, JAMES JACKSON AND LUCAS JACKSON'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT, AND INCORPORATED MEMORANDUM OF LAW

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, the Defendants, JAMES JACKSON and LUCAS JACKSON, by and through their undersigned counsel, hereby respectfully request that the Court permit them an additional 20 days, until April 20, 2023, in which to file a response to Plaintiff's complaint. In support of this motion, the Defendants would show the following:

1. The Defendants, JAMES JACKSON and LUCAS JACKSON, were both served with the summons and complaint on March 10, 2023 (Docs. 19 and 20). Pursuant to Rule 12, F.R.C.P., their response is due within 21 days, no later than March 31, 2023.

1

2. The Defendants respectfully request that they be permitted an additional twenty (20) days, until April 20, 2023, in which to file a response to the complaint. The requested extension will permit counsel time to analyze the multitude of issues alleged in the complaint and determine how to respond.

3. This request is not made for purposes of delay, and no party will be prejudiced by the granting of this motion. Plaintiff's counsel <u>agrees</u> to the requested extension.

## **MEMORANDUM OF LAW**

4. Rule 6(b), F.R.C.P. permits the Court discretion to enlarge the period of time for the filing of any pleading, motion or response.

5. Extending the time for the requested twenty-day period is a proper use of the Court's discretion. The complaint alleges several causes of action, and an alleged course of conduct that goes back more than ten years. Defendants require additional time to properly analyze the facts and claims.

6. The co-Defendants, Google LLC and YouTube LLC, filed a similar motion (Doc. 14), which the Court granted on March 7 (Doc. 16), permitting the co-Defendants an even longer of extension of time in which to respond.

**CERTIFICATION OF CONFERRING WITH OPPOSING COUNSEL**

Pursuant to Local Rule 3.01(g) of the Local Rules for the Middle District of Florida, on March 30, the undersigned counsel spoke to Plaintiff's counsel, Attorney Haba, who agreed to the requested twenty-day extension of time.

**CERTIFICATION OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by electronic filing, which automatically serves a copy by email, to all counsel of record.

                                                          Steven H. Meyer, P.A.
                                                          401 West Fairbanks Avenue
                                                          Suite 100
                                                          Winter Park, FL 32789
                                                          Tel. (407) 289-0803
                                                          Fax (407) 539-2978
                                                          *Attorneys for Defendants*

Dated: March 30, 2023        By: /s/ Steven H. Meyer
                                                      Steven H. Meyer
                                                      Florida Bar No. 128562
                                                      steven@thefirm.legal