# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

REGINA ALONSO,

    Plaintiff,

v.                                             Case No. 5:23-cv-91-JA-PRL

GOOGLE LLC, YOUTUBE LLC,
JAMES JACKSON and LUCAS
JACKSON,

    Defendants.
_____

## ORDER

Before the Court is a Joint Motion to Modify Briefing Schedule (Doc. 21) filed by Plaintiff Regina Alonso and Defendants Google LLC and YouTube LLC and an Unopposed Motion for Extension of Time to Respond to Complaint (Doc. 23) filed by Defendants James Jackson and Lucas Jackson. After considering these motions, it is hereby **ORDERED** that:

1. The Joint Motion to Modify Briefing Schedule (Doc. 21) is **GRANTED**. Google and YouTube shall respond to the Complaint **on or before May 15, 2023**. Should Google and YouTube move to dismiss the claims against them, Alonso shall respond to that motion **on or before July 7, 2023**.

2. The Unopposed Motion for Extension of Time to Respond to Complaint (Doc. 23) is **GRANTED**. James Jackson and Lucas Jackson shall respond to the Complaint **on or before April 20, 2023**.

**DONE** and **ORDERED** in Orlando, Florida, on March 31st, 2023.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties

2