UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

REGINA ALONSO,   CASE NO. 5:23-cv-00091-JA-PRL

    Plaintiff,

v.

GOOGLE LLC, YOUTUBE LLC,
JAMES JACKSON, also known online as
"ONISION," and LUCAS JACKSON,
formerly known online as "LAINEYBOT,"
"LAINEY" and "KAI,"

    Defendants.
_____/

## MOTION TO REDACT OR SEAL DEFENDANTS, JAMES JACKSON AND LUCAS JACKSON'S, CORPORATE DISCLOSURE STATEMENT FILED ON APRIL 7, 2023 (DOC. 26)

The Defendants, JAMES JACKSON and LUCAS JACKSON, respectfully request that the Court redact or seal the Defendants' Corporate Disclosure Statement, filed on April 7, 2023 (Doc. 26), in accord with an order entered in a companion case pending in the Western District of Michigan. In support of this motion, the Defendants would show the following:

1. On April 7, 2023, the Defendants filed a disclosure statement (Doc. 26), pursuant to Rule 7.1 of the Florida Rules of Civil Procedure, and Local Rule 3.03, and pursuant to this Court's Order of March 31, 2023 (Doc. 24).

2. In line 3(h) of the disclosure statement, the undersigned counsel wrote the last name of "Sarah," a witness in this case, who is also the plaintiff in a case that was filed in the Western District of Michigan in March, 2023, in which she makes substantially similar allegations as the Plaintiff in this case against the same four

1

        Defendants. The same law firms who represent the Plaintiff in this case, also represent "Sarah" in the case filed in Michigan.

3.     The Plaintiff herself identified "Sarah's" Michigan lawsuit as a related action in its notice filed in this Court on March 3 (Doc. 12).

4.     The Court in Michigan entered an order on March 30 granting "Sarah's" motion to be identified in the Michigan case by the pseudonym "Sarah." A copy of the order is attached as **"Exhibit A"** to this motion.

5.     However, Defendants' counsel in this case was completely unaware of the order entered in the Michigan case. Thus, in the Defendants' disclosure statement filed in this case on April 7 (Doc. 26), counsel listed Sarah's last name as an interested person.

6.     The Defendants, JAMES and LUCAS JACKSON, were not personally involved in any way in the filing of the corporate disclosure statement in this case (Doc. 26). The error was simply inadvertent on the part of the undersigned counsel.

7.     Plaintiff's counsel, Attorney Haba, emailed Defendants' counsel a copy of the Michigan order and asked counsel to "remove" the reference to "Sarah's" last name. Defendants' counsel filed an amended corporate disclosure statement on April 11 (Doc. 27), which deletes Sarah's last name on line 3(h). There are no other changes in the amended document.

8.     Counsel cannot delete the original disclosure statement from the docket or otherwise prevent the public from seeing it. Hence this motion.

## **MEMORANDUM OF LAW**

Rule 10(a) of the Federal Rules of Civil Procedure generally requires complaints to include the names of all parties. Fed. R. Civ. P. 10(a) ("The title of the complaint must name all the parties . . . ."). Federal courts have discretion, however, to permit parties to proceed under pseudonyms where special circumstances justify anonymity. A request to litigate under a pseudonym "requires a balancing of considerations calling for maintenance of a party's privacy against the customary and constitutionally-embedded presumption of openness in judicial proceedings." Doe v. Stegall, 653 F.2d 180, 186 (5th Cir. 1981).

Here, in the interest of justice, and giving full faith and credit to the order issued in "Sarah's" case in Michigan, the Defendants respectfully request that the Court take all appropriate action to delete or otherwise seal the original disclosure statement filed on April 7, 2023 (Doc. 26) and to issue any additional relief appropriate to this issue.

## CERTIFICATION OF CONFERRING WITH OPPOSING COUNSEL

Pursuant to Local Rule 3.01(g) of the Local Rules for the Middle District of Florida, Attorney Haba, who represents the Plaintiff, asked Defendants' counsel to remove the original disclosure statement (Doc. 26) from the docket, which has led to the filing of this motion.

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by electronic filing, which automatically serves a copy by email, to all counsel of record.

                              Steven H. Meyer, P.A.
                              401 West Fairbanks Avenue
                              Suite 100
                              Winter Park, FL 32789
                              Tel. (407) 289-0803
                              Fax (407) 539-2978
                              *Attorneys for Defendants*

Dated: April 11, 2023          By: /s/ Steven H. Meyer
                                           Steven H. Meyer
                                           Florida Bar No. 128562
                                           steven@thefirm.legal