# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

SARAH,

<div style="margin-left:2em">Plaintiff,</div>

v.

GOOGLE LLC, YOUTUBE LLC,
JAMES JACKSON, also known online as
"ONISION," and LUCAS JACKSON,
formerly known online as "LAINEYBOT,"
"LAINEY" and "KAI,"

<div style="margin-left:2em">Defendants.</div>

Case No. 1:23–CV–00223

Honorable Hala Y. Jarbou

ORDER GRANTING PLAINTIFF'S
MOTION TO PROCEED USING A
PSEUDONYM

THIS MATTER, having come before the Court on the Plaintiffs' Motion to Proceed using a Pseudonym, and the court having reviewed the following pleadings;

1.  Plaintiffs' Motion to Proceed using a Pseudonym;

2.  Declaration of James R. Marsh;

3.  Any responsive pleadings filed by Defendants;

The Court finds, on the basis of specific facts, that Plaintiff has established good cause in support of her motion, and it is hereby

ORDERED ADJUDGED AND DECREED that Plaintiff may proceed in this case using the pseudonym "Sarah" and that the Plaintiff's true identity must not be revealed in any publicly filed papers in this case or by the Defendants.

Dated: this 30th day of ___March___, 2023.

<div style="margin-left:50%">
/s/ Hala Y. Jarbou<br>
HALA Y. JARBOU<br>
Chief United States District Judge
</div>