# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

REGINA ALONSO,

    Plaintiff,

v.                                                     Case No. 5:23-cv-91-JA-PRL

GOOGLE LLC, YOUTUBE LLC,
JAMES JACKSON and LUCAS
JACKSON,

    Defendants.
_____

## ORDER

Defendants James Jackson and Lucas Jackson's Motion to Redact or Seal (Doc. 28) is **GRANTED**. The Clerk is directed to seal James Jackson and Lucas Jackson's first Corporate Disclosure Statement (Doc. 26).

**DONE** and **ORDERED** in Orlando, Florida, on April 12, 2023.

                                                     JOHN ANTOON II
                                                     United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties