UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Ocala Division

REGINA ALONSO,

   Plaintiff,

v.

GOOGLE LLC, YOUTUBE LLC;
JAMES JACKSON, also known online as
"ONISION," and LUCAS JACKSON,
Formerly known online as
"LAINEYBOT," "LAINEY" and "KAI,"

   Defendants.

Case No.: 5:23-cv-00091-JA-PRL

## UNOPPOSED MOTION FOR SPECIAL ADMISSION

In accordance with Local Rule 2.01(c) of the U.S. District Court for the Middle District of Florida, Brian M. Willen, through the undersigned counsel, Nathan M. Berman, respectfully moves for special admission to represent Defendants Google LLC and YouTube, LLC in this action. In support thereof, Brian M. Willen states as follows:

   1.    I am neither a Florida resident nor a member in good standing of The Florida Bar.

   2.    I am a member in good standing of the State Bar of New York (State Bar No. 4191730), the State Bar of the District of Columbia Bar (State Bar No. 490471),

8734302.1

and the Michigan State Bar (State Bar No. P75110). I am a member in good standing of the bar of the United State Supreme Court, U.S. Court of Appeals for the Second Circuit, U.S. Court of Appeals for the Fifth Circuit, U.S. Court of Appeals for the Sixth Circuit, U.S. Court of Appeals for the Seventh Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the Eleventh Circuit, U.S. Court of Appeals for the District of Columbia Circuit, the U.S. District Court for the Southern District of New York, U.S. District Court for the District of Columbia, and U.S. District Court for the Eastern District of Michigan.

3. I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

> *NetChoice LLC v. Moody*
> Case No. 4:21-cv-00220
> U.S. District Court for the Northern District of Florida
>
> *Freedom Watch, Inc. v YouTube, LLC*
> Case No. 1:21-cv-22614
> U.S. District Court for the Southern District of Florida
>
> *Trump v. YouTube, LLC*
> Case No. 1:21-cv-22445
> U.S. District Court for the Southern District of Florida
>
> *Athos Overseas Limited Corp. v. YouTube, Inc.*
> Case No. 1:21-cv-21698
> U.S. District Court for the Southern District of Florida
>
> *D.J. Lincoln Enterprises, Inc. v. Google, LLC*

       Case No. 2:20-cv-14159
       U.S. District Court for the Southern District of Florida

4.     I will comply with the federal rules and this Court's local rules.

5.     I am familiar with I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

6.     I have paid the fee for special admission or will pay the fee upon special admission.

7.     I will register with the Court's CM/ECF system.

8.     I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

WHEREFORE, Brian M. Willen moves this Court to enter an Order granting his appearance before this Court on behalf of Defendants Google LLC and YouTube, LLC for all purposes relating to the proceedings in the above-styled matter.

8734302.1

## Local Rule 3.01(g) Certificate

The undersigned attorneys hereby certify that pursuant to Local Rule 3.01(g), prior to filing this motion, counsel for Defendants Google LLC and YouTube, LLC conferred with counsel for Plaintiff and counsel for Co-Defendants James Jackson and Lucas Jackson, and represent that they do not oppose Mr. Willen's special admission in this matter.

| | |
|---|---|
| Dated: April 20, 2023 | Respectfully submitted, |
| | |
| /s/ Brian M. Willen | /s/ Nathan M. Berman |
| Brian M. Willen | Nathan M. Berman |
| bwillen@wsgr.com | FBN: 0329230 |
| Wilson Sonsini Goodrich & Rosati | nberman@zuckerman.com |
| Professional Corporation | Zuckerman Spaeder LLP |
| 1301 Avenue of the Americas, 40th Floor | 101 E. Kennedy Blvd., Suite 1200 |
| New York, NY 10019-6022 | Tampa, Florida 33602 |
| 650-849-3340 | 813-221-1010 |
| | 813-223-7961 (Fax) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2023, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

/s/ Nathan M. Berman
Nathan M. Berman

8734302.1