UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**REGINA ALONSO,**

    Plaintiff,

v.                                                               Case No: 5:23-cv-91-JA-PRL

**GOOGLE LLC, YOUTUBE LLC,
JAMES JACKSON and LUCAS
JACKSON,**

    Defendants.
_____

## ORDER

The motions to appear *pro hac vice* of Brian M. Willen, Esq., Amit Q. Gressel, Esq., and Benjamin Margo, Esq. (Docs. 30, 31, and 32), are **GRANTED**, provided counsel **shall register for and use the electronic filing system** as adopted by the Court. After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF."

**DONE** and **ORDERED** in Ocala, Florida on April 21, 2023.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties