UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

REGINA ALONSO,

      Plaintiff,

v.

GOOGLE LLC, YOUTUBE LLC,
JAMES JACKSON, also known online as
"ONISION," and LUCAS JACKSON,
formerly known online as "LAINEYBOT,"
"LAINEY" and "KAI,"

      Defendants.
_____/

CASE NO. 5:23-cv-00091-JA-PRL

## AFFIDAVIT OF JAMES JACKSON

COMES NOW the Affiant, James Jackson, who deposes and upon oath swears to the truth of the following:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I am a Defendant in this lawsuit.

3. The only times I was in the State of Florida was in approximately 2006 when, as a member of the United States Air Force, I was sent to Florida for specialized combat training. I also visited Florida as a child and went to Disneyworld on a family vacation.

4. I do not advertise in Florida or to any Florida resident or citizen for business purposes.

5. I do not maintain a "website" where Florida consumers can purchase merchandise.

6. I have not contracted to insure a person, property or risk in Florida.

1

7. I have not entered into any contract for services to be rendered or for material to be furnished in Florida.

8. I have never owned any company or corporation that has a corporate office or its principal place of business in Florida, or which conducts any business in Florida.

9. I have never had a residence or maintained a domicile in Florida.

10. I do not conduct business in Florida.

11. I do not own or have any real or tangible property in Florida.

12. I have not caused any act to be done or consequences to occur in Florida that would give rise to this lawsuit.

13. I have never personally met the Plaintiff, Regina Alonso.

14. I have never spoken to Ms. Alonso.

15. I have never sent Ms. Alonso an email.

16. I do not solicit Florida residents to purchase online products.

17. I have not caused an act to be done or consequences to occur in Florida resulting in an action for tort.

18. I was served notice of this lawsuit whilst I was in the State of Washington.

19. I have first-hand knowledge of the facts stated above and am competent and willing to testify accordingly in a court of law.

Further Affiant sayeth not.

Dated: 4-19-23

BY: _____
James Jackson

STATE OF WASHINGTON    )
                       ) ss.
COUNTY OF PIERCE       )

On April 19th, 2023, the affiant, James Jackson, appeared before me and swore an oath to the truth of the foregoing statements contained in this Affidavit. Mr. Jackson is personally known to me, or he produced the following identification: WA Driver License
WDL47P3J463B

[Notary Seal: CARLOS CORREA, NOTARY PUBLIC, STATE OF WASHINGTON, COMM. EXP. 01-13-26, COMM. NO. 22005324]

_____
Notary Public

My Commission Expires: 01/13/2026

3