UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

REGINA ALONSO,

    Plaintiff,

v.

GOOGLE LLC, YOUTUBE LLC,
JAMES JACKSON, also known online as
"ONISION," and LUCAS JACKSON,
formerly known online as "LAINEYBOT,"
"LAINEY" and "KAI,"

    Defendants.
_____/

CASE NO. 5:23-cv-00091-JA-PRL

## AFFIDAVIT OF LUCAS JACKSON

COMES NOW the Affiant, Lucas Jackson, who deposes and upon oath swears to the truth of the following:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I am a Defendant in this lawsuit.

3. I have never been in the State of Florida except for having traveled to Florida for vacations as a minor child with my family.

4. I have never had or maintained a "website" where Florida consumers can purchase merchandise.

5. I do not sell any products online, and I have never solicited any person in Florida or elsewhere to purchase a product online.

6. I do not advertise in Florida or to any Florida resident or citizen for business purposes.

1

7. I have not contracted to insure a person, property or risk in Florida.

8. I have not entered into any contract for services to be rendered or for material to be furnished in Florida.

9. I have never owned any company or corporation that has a corporate office or its principal place of business in Florida, or which conducts any business in Florida.

10. I have never had a residence or maintained a domicile in Florida.

11. I do not conduct business in Florida.

12. I do not own or have any real or tangible property in Florida.

13. I have not caused any act to be done or consequences to occur in Florida that would give rise to this lawsuit.

14. I have not caused an act to be done or consequences to occur in Florida resulting in an action for tort.

15. I have first-hand knowledge of the facts stated above and am competent and willing to testify accordingly in a court of law.

16. I have never personally met the Plaintiff, Regina Alonso.

17. I previously lived in New Mexico, and have lived in Washington State since 2012.

18. I was served notice of this lawsuit whilst I was in the State of Washington.

19. I have first-hand knowledge of the facts stated above and am competent and willing to testify accordingly in a court of law.

Further affiant sayeth not.

Dated: 04/19/2023     BY: _____
                          Lucas Jackson

STATE OF WASHINGTON    )
                       ) ss.
COUNTY OF PIERCE       )

2

On April 19th, 2023, the Affiant, Lucas Jackson, appeared before me and swore an oath to the truth of the foregoing statements contained in this Affidavit. Mr. Jackson is personally known to me, or he produced the following identification: WA Driver License WDL 783PCSS3D

*[Notary signature]*

Notary Public

*[Notary seal: CARLOS CORREA, NOTARY PUBLIC, STATE OF WASHINGTON, COMM. EXP. 01-13-26, COMM. NO. 2200532]*

My Commission Expires: 01/13/2026

3