# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## Ocala Division

| | |
|---|---|
| REGINA ALONSO,<br><br>    Plaintiff,<br><br>v.<br><br>Google LLC, YouTube LLC, James JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"<br><br>    Defendants. | CASE No: 5:23-CV-00091-JA-PRL |

## DECLARATION OF NATHAN M. BERMAN

I, Nathan M. Berman, declare and state as follows:

1. I am an attorney admitted to practice in this Court, appearing on behalf of Defendants Google LLC and YouTube, LLC ("YouTube") in the above-captioned action. I make this declaration based on personal knowledge.

2. YouTube provides its service to users subject to its Terms of Service, which are available at https://www.youtube.com/t/terms. They contain the following language:

> All claims arising out of or relating to these terms or the Service will be governed by California law, except California's conflict of laws rules, and will be litigated exclusively in the federal or state courts of Santa Clara County, California, USA. You and YouTube consent to personal jurisdiction in those courts.

3. "Service" is defined in the Terms of Service to mean the "YouTube platform and the products, services, and features we make available to you as part of the platform[.]"

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 2, 2023, in Hillsborough County, Florida.

*/s/ Nathan M. Berman*_____
Nathan M. Berman

8748122.1