# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Ocala Division

| | |
|---|---|
| REGINA ALONSO,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC, YOUTUBE LLC; JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"<br><br>    Defendants. | Case No.: 5:23-cv-00091-JA-PRL |

## DECLARATION OF NATHAN M. BERMAN

I, Nathan M. Berman, do state and declare as follows:

1. I am an attorney admitted to practice in this Court, appearing on behalf of Defendants Google LLC and YouTube, LLC ("YouTube") in the above-captioned action. I have personal knowledge of the facts set forth herein, and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of YouTube's Terms of Service Agreement, available at <www.youtube.com/t/terms>.

3. Attached hereto as Exhibit B is a true and correct copy of the YouTube Partner Program Terms.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 15, 2023, in Hillsborough County, Florida.

 */s/ Nathan M. Berman*
 Nathan M. Berman