# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

REGINA ALONSO,

    Plaintiff,

v.                                               Case No. 5:23-cv-91-JA-PRL

GOOGLE LLC, YOUTUBE LLC,
JAMES JACKSON and LUCAS
JACKSON,

    Defendants.
_____

## ORDER

The Plaintiff is directed to show cause by a written response within fourteen days why this case should not be dismissed pursuant to Local Rule 3.10 for lack of prosecution fur to the non-filing of a Case Management Report within the time prescribed by Local Rule 3.05 and shall file the Case Management Report. Failure to respond may result in a dismissal of this action without further notice.

**DONE and ORDERED** on May _16_, 2023.

                                            JOHN ANTOON II
                                     United States District Judge

Copies furnished to:
Counsel of Record