**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Ocala Division**

| | |
|---|---|
| REGINA ALONSO,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC, YOUTUBE LLC; JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, Formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"<br><br>    Defendants. | Case No.: 5:23-cv-00091-JA-PRL |

**GOOGLE AND YOUTUBE'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE**

Defendants Google LLC and YouTube, LLC (together "YouTube") respectfully move the Court pursuant to M. D. Fla. R. 3.01(d) for leave to file a reply to Plaintiff's Brief in Opposition to Defendants YouTube and Google's Motion to Transfer to Northern District of California (ECF No. 46), and the Jackson Defendants' Response to the Motion to Transfer the Case to the Northern District of California (ECF No. 45). YouTube's proposed reply will not exceed seven pages and would be filed within seven days of the issuance of an order on this Motion. Plaintiff and the Jackson Defendants do not oppose this motion.

In support of this unopposed motion, YouTube states:

8769862.1

## MEMORANDUM OF LAW

YouTube requests leave to reply to address arguments and legal theories raised by Plaintiff and the Jackson Defendants in their oppositions to the Motion to Transfer to the Northern District of California. For example, Plaintiff misstates applicable law, ignoring the controlling framework of *Atlantic Marine Constr. Co. v. United States Dist. Ct. for the W. Dist. of Texas*, 571 U.S. 49 (2013) and wrongly claiming that YouTube's transfer motion requires it to carry "a heightened burden." Opp'n at 10. Likewise, Plaintiff argues that the forum-selection clause does not apply to her claims, yet fails to acknowledge that the actual language of that clause broadly encompasses "[a]ll claims arising out of or relating to these terms or the [YouTube] Service." This request is made in good faith and not for purposes of delay. Allowing YouTube to reply will provide the Court with a full analysis of these issues.

WHEREFORE, YouTube respectfully requests that this Court grant it leave to file a seven-page reply in support of Defendants YouTube and Google's Motion to Transfer to the Northern District of California (ECF No. 39). Google will file the reply within seven days of the issuance of an order on this Motion.

8769862.1

## RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for YouTube conferred with counsel for Plaintiff and the Jackson Defendants in a good faith effort to resolve the issues raised by the motion. Counsel for Plaintiff and the Jackson Defendants advised they have no objection to the relief sought by the motion.

Dated: June 1, 2023            ZUCKERMAN SPAEDER LLP

By: */s/Nathan M. Berman*
NATHAN M. BERMAN
FBN: 0329230
nberman@zuckerman.com
101 E. Kennedy Blvd., Suite 1200
Tampa, Florida 33602
Telephone: (813) 221-1010
Facsimile: (813) 223-7961

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

BRIAN M. WILLEN (*pro hac vice*)
bwillen@wsgr.com
BENJAMIN MARGO (*pro hac vice*)
bmargo@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800

AMIT Q. GRESSEL (*pro hac vice*)
agressel@wsgr.com
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000

*Attorneys for Defendants*
*GOOGLE LLC and YOUTUBE, LLC*

3

8769862.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2023, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

/s/ *Nathan M. Berman*
Nathan M. Berman