# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

| | |
|---|---|
| REGINA ALONSO,<br><br>    Plaintiff,<br><br>   v.<br>GOOGLE LLC, YOUTUBE LLC, JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"<br><br>    Defendants. | CASE NO.: 5:23-CV-91-JA-PRL |

## NOTICE OF MEDIATION DATE

Pursuant to the Court's Case Management and Scheduling Order issued on May 22, 2023, the Plaintiff's lead counsel contacted all parties, and conferred and consulted with the mediator to reserve a mediation in compliance with the Court's mediation deadline of May 17, 2024. Plaintiff's counsel proposed multiple dates in December of 2023 on which the selected mediator Hillary High was available. Counsel for the Jackson Defendants agreed to the proposed December dates and counsel for Defendants Google LLC and YouTube LLC indicated their preferences were to move those dates. At this time, Plaintiff's counsel proposed the 24th or 26th of October 2023 and confirmed that the selected mediator is currently available on those dates. Counsel for Defendants have not yet confirmed whether this proposed date

works. Plaintiff's counsel respectfully requests additional time to notify the Court of the confirmed date of mediation. Plaintiff's counsel will continue to work with Defendants' counsel to reserve a mediation date and report back to the Court as soon as possible.

Dated: June 5, 2023                                   Respectfully Submitted,

*/s/ Jennifer Freeman*
Jennifer Freeman
Margaret E. Mabie
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th Floor
New York, New York 10001
Telephone: (212) 372-3030
jenniferfreeman@marsh.law
margaretmabie@marsh.law

*/s/ Lisa D. Haba*
Lisa D. Haba
**THE HABA LAW FIRM, P.A.**
1220 Commerce Park Dr., Suite 207
Longwood, FL 32779
Telephone: (844) 422-2529
lisahaba@habalaw.com

*Attorneys for Plaintiff*