# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

REGINA ALONSO,

      Plaintiff,

v.
                                  Case No. 5:23-cv-91-JA-PRL

GOOGLE LLC, YOUTUBE LLC,
JAMES JACKSON and LUCAS
JACKSON,

      Defendants.

_____

## ORDER

Defendants Google and YouTube's Unopposed Motion for Leave to File Reply (Doc. 47) is **GRANTED**. Defendants Google and YouTube may file a Reply to Plaintiff's Response (Doc. 46) not exceeding seven pages in length **on or before Tuesday, June 13, 2023**.

**DONE** and **ORDERED** in Orlando, Florida, on June 6, 2023.

                                             JOHN ANTOON II
                                             United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties