# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

| | |
|---|---|
| REGINA ALONSO,<br><br>　　Plaintiff,<br><br>　　v.<br>GOOGLE LLC, YOUTUBE LLC, JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"<br><br>　　Defendants. | CASE NO.: 5:23-CV-91-JA-PRL |

## NOTICE OF MEDIATION DATE

Pursuant to the Court's Case Management and Scheduling Order issued on May 22, 2023, the Plaintiff's lead counsel contacted all parties, and conferred and consulted with the mediator to reserve a mediation in compliance with the Court's mediation deadline of May 17, 2024. The previously proposed and agreed upon mediation date of October 26th, 2023, is no longer available for the selected mediator. Therefore, Plaintiff's counsel and Defendants' counsel have agreed upon November 13th, 2023. All parties have agreed to a virtual mediation. Plaintiff's counsel has confirmed with and booked the mediator for this agreed upon date. Mediator, Hilary High, will circulate the Zoom information.

　　Dated: June 16, 2023　　　　　　　　　　Respectfully Submitted,

*/s/ Jennifer Freeman*
Jennifer Freeman
Margaret E. Mabie
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th Floor
New York, New York 10001
Telephone: (212) 372-3030
jenniferfreeman@marsh.law
margaretmabie@marsh.law

*/s/ Lisa D. Haba*
Lisa D. Haba
**THE HABA LAW FIRM, P.A.**
1220 Commerce Park Dr., Suite 207
Longwood, FL 32779
Telephone: (844) 422-2529
lisahaba@habalaw.com

*Attorneys for Plaintiff*