## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

REGINA ALONSO,

     Plaintiff,

     v.

GOOGLE LLC, YOUTUBE LLC,
JAMES JACKSON, also known online as
"ONISION," and LUCAS JACKSON,
formerly known online as
"LAINEYBOT," "LAINEY" and "KAI,"

     Defendants.

CASE NO.: 5:23-CV-91-JA-PRL

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

COMES NOW, Plaintiff, REGINA ALONSO, by and through undersigned counsel, and pursuant to Local Rule 3.01(h), respectfully requests this Court to permit oral argument on Defendants Google LLC and YouTube LLC's Motion to Dismiss Complaint (Doc. No. 40) and, in support thereof, states as follows:

Defendants' motion seeks to dismiss the complaint on multiple grounds, to include 47 U.S.C. § 230(c) ("CDA 230") immunity and failure to state a claim upon which relief can be granted for both the Masha's Law claims stemming from 18 U.S.C. § 2255, and the Trafficking Victims Protection Reauthorization Act ("TVPRA") claims stemming from 18 U.S.C. § 1595.   In the Eleventh Circuit, there have only been a handful of cases that have addressed CDA 230 and none have addressed it in the context that is alleged in this case – that Plaintiff's claims do not seek to treat the YouTube Defendants as a publisher or user of third-party content,

and the YouTube Defendants' agency and/or profit-sharing partnership eradicates any CDA 230 protection.  Furthermore, the TVPRA's beneficiary liability claims were only recently addressed by the Eleventh Circuit and that application to a technology company is both unique and complex.  Oral argument would aide the Court in rendering its opinion on this matter, which could have nationwide effect on the interpretation of CDA 230, Masha's Law, and the TVPRA.

DATED: June 7, 2023                  Respectfully Submitted,

*/s/ Lisa D. Haba*
Lisa D. Haba
**THE HABA LAW FIRM, P.A.**
1220 Commerce Park Dr., Suite 207
Longwood, FL 32779
Telephone: (844) 422-2529
lisahaba@habalaw.com

*/s/ Jennifer Freeman*
Jennifer Freeman
James R. Marsh
Margaret E. Mabie
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th Floor
New York, New York 10001
Telephone: (212) 372-3030
jenniferfreeman@marsh.law
jamesmarsh@marsh.law
margaretmabie@marsh.law

*Attorneys for Plaintiff*

## LOCAL RULE 3.01(g) CERTIFICATE

I, Lisa D. Haba, certify that on July 7, 2023, I conferred with Benjamin Margo, attorney for Google LLC and YouTube LLC about this matter. Attorney Margo stated that Google LLC and YouTube LLC take no position on this request and would defer to the Court for its position.

/s/ Lisa D. Haba
Lisa D. Haba