## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## Ocala Division

| | |
|---|---|
| REGINA ALONSO,<br><br>   Plaintiff,<br><br>v.<br><br>GOOGLE LLC, YOUTUBE LLC; JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, Formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"<br><br>   Defendants. | Case No.: 5:23-cv-00091-JA-PRL |

### GOOGLE AND YOUTUBE'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

Defendants Google LLC and YouTube, LLC (together "YouTube") respectfully move the Court pursuant to M. D. Fla. R. 3.01(d) for leave to file a reply to Plaintiff's Brief in Opposition to Defendants Google LLC and YouTube LLC's Motion to Dismiss Complaint (ECF No. 52). YouTube's proposed reply will not exceed ten pages and would be filed within fourteen days of the issuance of an order on this Motion. Plaintiff does not oppose this motion.

In support of this unopposed motion, YouTube states:

### MEMORANDUM OF LAW

YouTube requests leave to reply to address arguments and legal theories raised by Plaintiff in her opposition to the Motion to Dismiss. For example, Plaintiff misstates applicable law regarding the availability of vicarious liability

claims under 18 U.S.C. §§ 2255, 2422, 1591, and 1595, misunderstands the requirements to establish an agency relationship, and misstates the nature of the relevant agreement between YouTube and the Jackson Defendants. Plaintiff also incorrectly argues that 47 U.S.C. § 230 does not bar her claims against YouTube. This request is made in good faith and not for purposes of delay. Allowing YouTube to reply will provide the Court with a full analysis of these issues.

WHEREFORE, YouTube respectfully requests that this Court grant it leave to file a ten-page reply in support of Defendants YouTube and Google's Motion to Dismiss Plaintiff Regina Alonso's Complaint (ECF No. 40). Google will file the reply within fourteen days of the issuance of an order on this Motion.

## RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for YouTube conferred with counsel for Plaintiff in a good faith effort to resolve the issues raised by the motion. Counsel for Plaintiff advised that Plaintiff has no objection to the relief sought by the motion.

Dated: July 13, 2023              ZUCKERMAN SPAEDER LLP

                        By:  /s/Nathan M. Berman
                            NATHAN M. BERMAN
                            FBN: 0329230
                            nberman@zuckerman.com
                            101 E. Kennedy Blvd., Suite 1200
                            Tampa, Florida 33602
                            Telephone: (813) 221-1010
                            Facsimile: (813) 223-7961

>WILSON SONSINI GOODRICH & ROSATI
>Professional Corporation
>
>BRIAN M. WILLEN (*pro hac vice*)
>bwillen@wsgr.com
>BENJAMIN MARGO (*pro hac vice*)
>bmargo@wsgr.com
>1301 Avenue of the Americas, 40th Floor
>New York, NY 10019-6022
>Telephone:  (212) 999-5800
>
>AMIT Q. GRESSEL (*pro hac vice*)
>agressel@wsgr.com
>One Market Street
>Spear Tower, Suite 3300
>San Francisco, CA 94105
>Telephone: (415) 947-2000
>
>*Attorneys for Defendants*
>*GOOGLE LLC and YOUTUBE, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 13, 2023, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

>*/s/ Nathan M. Berman*
>Nathan M. Berman