# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

REGINA ALONSO,

    Plaintiff,

v.                                     Case No. 5:23-cv-91-JA-PRL

GOOGLE LLC, YOUTUBE LLC,
JAMES JACKSON and LUCAS
JACKSON,

    Defendants.
_____

## ORDER

The Unopposed Motion for Leave to File Reply (Doc. 55) filed by Defendants Google LLC and YouTube LLC is **GRANTED in part**. Google and YouTube may file a Reply to Plaintiff's Response (Doc. 52) in opposition to their Motion to Dismiss (Doc. 40) **on or before July 28, 2023**. The Reply shall be no more than **seven pages** inclusive of all parts.

**DONE and ORDERED** in Orlando, Florida, on July 18, 2023.

                                                      JOHN ANTOON II
                                                      United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties