UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| REGINA ALONSO,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC, YOUTUBE LLC, JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"<br><br>    Defendants. | CASE NO.: 5:23-CV-91-JA-PRL |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff, REGINA ALONSO, through undersigned counsel, pursuant to Local Rule 3.01(i) hereby supplements its Brief in Opposition to Defendant Google LLC and YouTube LLC's Motion to Dismiss Complaint (Doc. No. 52) with the following supplemental authority: *G.G. v. Salesforce.com, Inc.*, No. 22-2621, 2023 WL 4944015 (7th Cir. Aug. 3, 2023).

**In relation to Plaintiff's Opposition Brief (Doc. No. 52), Page 2 - 4, Section I.A.:** "Section 230(c)(1) does not create an immunity of any kind . . . Rather, Section 230(c)(1) limits who may be called the publisher of information that appears online. In this way, it functions as an affirmative defense." *G.G.*, 2023 WL 4944015 at *16 (internal citations omitted; internal quotations omitted).

**In relation to Plaintiff's Opposition Brief (Doc. No. 52), Page 2 - 8, Section I.A. and B.:** "Here, plaintiffs' allegations simply do not seek to treat [defendant] as a

publisher or speaker.  Plaintiffs' claim does not depend on [defendant] having published or spoken anything. Rather, plaintiffs seek to hold [defendant] accountable for *supporting* [trafficker], for *expanding* [trafficker's] business, for *providing* [trafficker] with technology, for *designing* custom software for [trafficker], for *facilitating* the trafficking of [plaintiff], for *helping* [trafficker] with *managing* its customer relationships, *streamlining* its business practices, and *improving* its profitability, and for *enabling* [trafficker] to scale its operations and increase the trafficking conducted on [website]." *Id.* at *17 (internal citations omitted; internal quotations omitted).

DATED: August 22, 2023

/s/ Lisa D. Haba
Lisa D. Haba (FBN 077535)
**THE HABA LAW FIRM, P.A.**
1220 Commerce Park Dr., Suite 207
Longwood, FL 32779
Telephone: (844) 422-2529
lisahaba@habalaw.com

/s/ Jennifer Freeman
Jennifer Freeman (FBN 1014236)
Margaret E. Mabie (*Pro Hac Vice*)
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th Floor
New York, New York 10001
Telephone: (929) 232-3128
jenniferfreeman@marsh.law
margaretmabie@marsh.law