# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Ocala Division

| | |
|---|---|
| REGINA ALONSO,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC, YOUTUBE LLC;<br>JAMES JACKSON, also known online as<br>"ONISION," and LUCAS JACKSON,<br>Formerly known online as<br>"LAINEYBOT," "LAINEY" and "KAI,"<br><br>    Defendants. | Case No.: 5:23-cv-00091-JA-PRL |

## JOINT MOTION TO SUBMIT SUPPLEMENTAL AUTHORITY BRIEFS

Plaintiff Regina Alonso and Defendants Google LLC and YouTube, LLC (together "YouTube Defendants") jointly move for leave for each of the parties to file a brief addressing the United States Court of Appeals for the Seventh Circuit's opinion in *G.G. v. Salesforce.com, Inc.,* No. 22-2621, 2023 WL 4944015 (7th Cir. Aug. 3, 2023).  In support of this motion, the parties state:

1. Plaintiff filed her Complaint (Dkt. 1) on February 9, 2023.

2. The YouTube Defendants filed a Motion to Dismiss (Dkt. 40) on May 16, 2023.  The Motion to Dismiss was fully briefed as of July 28, 2023 (Dkts. 52, 57), and is currently pending before this Court for decision.

8858755.1

3. On August 3, 2023, the United States Court of Appeals for the Seventh Circuit issued its decision in *G.G. v. Salesforce.com, Inc.*, No. 22-2621, 2023 WL 4944015 (7th Cir. Aug. 3, 2023), which addresses Section 230 of the Communications Decency Act and 18 U.S.C. § 1595.

4. Pursuant to Local Rule 3.01(i), Plaintiff filed a Notice of Supplemental Authority (Dkt. 58) on August 22, 2023, advising the Court of the Seventh Circuit's decision.

5. The Parties have conflicting views about the relevance and applicability of the Seventh Circuit's decision to this case, but agree that supplemental briefing to address the decision would be helpful to the Court.

6. The Parties have conferred and agree to a filing and briefing schedule for the submission of supplemental briefs to state their views about the implication of *Salesforce* on the matters before the Court.

7. The Parties have agreed to simultaneously submit five (5) page briefs on or before September 11, 2023.

8. This request will not prejudice any party and will not affect the Case Management and Scheduling Order.

WHEREFORE, the parties respectfully request that this Court enter an Order granting leave for the Plaintiff and the YouTube Defendants to each file a supplemental brief on the limited issue of the *Salesforce* decision and its

applicability to the issues of this case.  The briefs for each side would be filed on or before September 11, 2023, and will be no more than five (5) pages in length, not including the style of the case, signature block, or certificate of service.

Dated: September 5, 2023                    Respectfully submitted,

/s/ Nathan M. Berman                         /s/ Lisa D. Haba
Nathan M. Berman                             Lisa D. Haba (FBN 077535)
FBN: 0329230                                 THE HABA LAW FIRM, P.A.
nberman@zuckerman.com                        1220 Commerce Park Dr., Suite 207
Zuckerman Spaeder LLP                        Longwood, FL  32779
101 E. Kennedy Blvd., Suite 1200             Telephone: (844) 422-2529
Tampa, Florida 33602                         Lisahaba@habalaw.com
813-221-1010
813-223-7961 (Fax)                           Jennifer Freeman (FBN 1014236)
                                             Margaret E. Mabie (Admitted Pro Hac Vice )
**Attorneys for Defendants Google LLC        MARSH LAW FIRM PLLC
and YouTube, LLC**                           31 Hudson Yards, 11th Floor
                                             New York, New York 10001
                                             Telephone: (929) 232-3128
                                             Jenniferfreeman@marsh.law
                                             Margaretmabie@marsh.law

                                             **Attorneys for Plaintiff**

8858755.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 5, 2023, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

*/s/ Nathan M. Berman*
Nathan M. Berman

8858755.1