# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

REGINA ALONSO,

    Plaintiff,

v.                                               Case No. 5:23-cv-91-JA-PRL

GOOGLE LLC, YOUTUBE LLC,
JAMES JACKSON and LUCAS
JACKSON,

    Defendants.

## ORDER

Upon consideration of the Joint Motion to Submit Supplemental Authority Briefs (Doc. 59) filed by Plaintiff, Google LLC, and YouTube, LLC, it is **ORDERED** that the motion is **GRANTED**. The movants may file five-page briefs addressing the *Salesforce.com* decision on or before September 13, 2023.

**DONE** and **ORDERED** on September 7, 2023.

                                                    JOHN ANTOON II
                                                    United States District Judge

Copies furnished to:
Counsel of Record