# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## Ocala Division

REGINA ALONSO,

    Plaintiff,

v.

GOOGLE LLC, YOUTUBE LLC;
JAMES JACKSON, also known online as
"ONISION," and LUCAS JACKSON,
Formerly known online as
"LAINEYBOT," "LAINEY" and "KAI,"

    Defendants.

Case No.: 5:23-cv-00091-JA-PRL

## JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT SUPPLEMENTAL AUTHORITY BRIEFS

Plaintiff Regina Alonso and Defendants Google LLC and YouTube, LLC (together "YouTube Defendants") jointly move for an extension of time to submit briefs addressing the United States Court of Appeals for the Seventh Circuit's opinion in *G.G. v. Salesforce.com, Inc.,* No. 22-2621, 2023 WL 4944015 (7th Cir. Aug. 3, 2023). In support of this motion, the parties state:

1. Plaintiff filed her Complaint (Dkt. 1) on February 9, 2023.

2. The Parties agreed to simultaneously submit five (5) page briefs regarding supplemental authority (Dkt 59).

3. The Court granted this request on September 7, 2023 (Dkt 60).

8858755.1

4.  Plaintiff's counsel, Lisa Haba, was supposed to undergo surgery on August 30, 2023, but due to the hurricane that hit Florida that day, the surgery was moved to September 6, 2023.

5.  Mrs. Haba had surgery on September 6, 2023.  The recovery has turned out to be far more difficult than anticipated.

6.  The parties have requested an extension of time until September 18, 2023, to submit the simultaneous 5-page supplemental authority briefs to allow Mrs. Haba the additional time needed to heal from her medical procedure.

7.  This request will not prejudice any party.

WHEREFORE, the parties respectfully request that this Court enter an Order granting Plaintiff and the YouTube Defendants an extension of time to each file a supplemental brief on the limited issue of the *Salesforce* decision and its applicability to the issues of this case.  The briefs for each side would be filed on or before September 18, 2023.

Dated: September 9, 2023                    Respectfully submitted,

*/s/ Nathan M. Berman*                       */s/ Lisa D. Haba*
Nathan M. Berman                            Lisa D. Haba (FBN 077535)
FBN: 0329230                                THE HABA LAW FIRM, P.A.
nberman@zuckerman.com                       1220 Commerce Park Dr., Suite 207
Zuckerman Spaeder LLP                       Longwood, FL  32779
101 E. Kennedy Blvd., Suite 1200            Telephone: (844) 422-2529
Tampa, Florida 33602                        Lisahaba@habalaw.com
813-221-1010
813-223-7961 (Fax)

8858755.1

***Attorneys for Defendants Google LLC and YouTube, LLC***

<u>*/s/ Margaret E. Mabie*</u>
Jennifer Freeman (FBN 1014236)
Margaret E. Mabie (Admitted Pro Hac Vice )
MARSH LAW FIRM PLLC
31 Hudson Yards, 11th Floor
New York, New York 10001
Telephone: (929) 232-3128
<u>Jenniferfreeman@marsh.law</u>
<u>Margaretmabie@marsh.law</u>

***Attorneys for Plaintiff***

3

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on September 9, 2023, I electronically filed the

foregoing with the Clerk of Court by using the Court's CM/ECF system thereby

serving all registered users in this case.

*/s/ Lisa D. Haba*
Lisa D. Haba

8858755.1