# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

REGINA ALONSO,

    Plaintiff,

v.	Case No. 5:23-cv-91-JA-PRL

GOOGLE LLC, YOUTUBE LLC, JAMES JACKSON and LUCAS JACKSON,

    Defendants.

## ORDER

Upon consideration of the Joint Motion for Extension of Time to Submit Supplemental Authority Briefs (Doc. 61), it is **ORDERED** that the motion is **GRANTED**. Plaintiff and Defendants Google LLC and YouTube, LLC may file their supplemental briefs addressing the *Salesforce.com* decision on or before September 18, 2023.

**DONE** and **ORDERED** on September 11, 2023.

                                  JOHN ANTOON II
                                United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties